IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CATHERINE SPOON                                          §
                                                         §
                                                         §
VS.                                                      §        CIVIL ACTION NO.
                                                         §        3:26-CV-01852-n
                                                         §
                                                         §
FAST RESPONSE HEATING & COOLING, LLC §

**NOTICE OF  APPEARANCE AS LOCAL COUNSEL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

Please take notice that the Law Office of Sharon K Campbell, by Sharon Campbell, hereby

enters appearance in these proceedings as counsel of record for Plaintiff Catherine Spoon, and requests

that all papers, pleadings, notices, orders and other related documents be served upon the undersigned

along with other counsel of record.

Respectfully submitted,

*/s/ Sharon K Campbell*
Sharon K. Campbell
State Bar # 03717600
3300 Oak Lawn Ave., Suite 425
Dallas, Texas 75219
Telephone: 214/351-3260
Fax: 214/748-7778
Sharon@SharonKCampbell.com

1

[page left blank intentionally]

NOTICE OF APPEARANCE

2