AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | | |
|---|---|---|
| Spoon | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 3:26-cv-01852-K |
| | ) | |
| Fast Response Heating & Cooling LLC | ) | |
| _Defendant_ | ) | |

## Summons in a Civil Action

**TO:** Fast Response Heating & Cooling LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Anthony Paronich
350 Lincoln Street, Suite 2400
Hingham , MA 02043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE:  06/05/2026

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:26-cv-01852-K

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  _____
was received by me on (*date*)  _____.

☐   I personally served the summons on the individual at (*place*)  _____
_____ on (*date*)  _____;  or

☐   I left the summons at the individual's residence or usual place of abode with (*name*)  _____
_____,  a person of suitable age and discretion who resides there,
on (*date*)  _____,  and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*)  _____,  who is designated
by law to accept service of process on behalf of (*name of organization*)  _____
_____ on (*date*)  _____ ;  or

☐   I returned the summons unexecuted because  _____ ;  or

☐   other (*specify*)  _____
_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: