# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | |
|---|---|
| **CATHERINE SPOON, on behalf of herself and all others similarly situated** | ) |
| | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )   Civil Action No. 3:26-cv-01852-K |
| | ) |
| | ) |
| **FAST RESPONSE HEATING & COOLING, LLC** | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Sean Horujko, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on June 5, 2026, at 5:49 pm. I delivered these documents to Fast Response Heating & Cooling LLC in Franklin County, OH on June 9, 2026 at 9:47 am at 2 Miranova Pl, Ste 700, Columbus, OH 43215-5098 by leaving the following documents with Nolan Wiley who as Registered Agent is authorized by appointment or by law to receive service of process for Fast Response Heating & Cooling LLC.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT

Additional Description:
Nolan Wiley.
Race: White, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=39.9545402527,-83.0063323975
Photograph: See Exhibit 1

Total Cost: $150.00

My name is Sean Horujko, I am 18 years of age or older, and my address is 1285 Tenagra Way, Columbus, OH 43228, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Sean Horujko*

Executed in

Franklin County                            ,

OH       on    6/9/2026           .

Sean Horujko
+1 (513) 675-9406

