**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| **CATHERINE SPOON,** on behalf of herself and others similarly situated**,**<br><br>　　　　*Plaintiff,*<br><br>**v.**<br><br>**FAST RESPONSE HEATING & COOLING, LLC**<br><br>　　　　*Defendant*. | **CIVIL ACTION NO. 3:26-cv-01852-N** |

**DEFENDANT FAST RESPONSE HEATING & COOLING, LLC'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF CATHERINE SPOON'S COMPLAINT**

Defendant Fast Response Heating & Cooling LLC ("Fast Response" or "Defendant"), through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests this Court to enter an Order granting Fast Response a brief extension of time to answer or otherwise respond to Plaintiff Catherine Spoon's ("Plaintiff") Complaint by July 31, 2026. In support of this Motion, Fast Response states as follows:

1.　　On June 4, 2026, Plaintiff filed a Complaint (ECF No. 1) and commenced the present civil action against Fast Response in this Court.

2.　　Fast Response's deadline to respond to Plaintiff's Complaint is currently July 1, 2026.

3.　　Counsel for Fast Response was retained on June 29, 2026 and, as a result, has had insufficient time to conduct a reasonable investigation of the factual allegations, gather and review pertinent documents, and prepare a responsive pleading consistent with counsel's obligations under the applicable rules.

4.　　This is Fast Response's first request for an extension of time in this matter. No

1

previous extensions have been granted.

5.      Fast Response respectfully submits that good cause exists to support an extension to respond to the allegations in Plaintiff's Complaint and the additional time will not interfere with any scheduled deadlines, as this matter is still in its infancy.

6.      Fast Response also submits that good cause exists for granting its requested extension in that such extension will not prejudice or disrupt Plaintiff's ability to pursue this suit.

7.      Fast Response's counsel has conferred with Plaintiff's counsel regarding the relief requested herein. Plaintiff is not opposed to the extension.

**WHEREFORE**, for all of these reasons, Defendant Fast Response respectfully requests the Court to grant this Unopposed Motion for Extension of time to Answer or Otherwise Respond to Plaintiff's Complaint, extend Fast Response's deadline to answer or otherwise respond to the Complaint by July 31, 2026, and for such other relief to which Defendant may be entitled.

Dated: July 1, 2026                    Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Earl L. Ingle*
                 **Earl L. Ingle**
                 Texas Bar No. 24097234
                 700 Milam Street, Suite 800
                 Houston, Texas 77002
                 Telephone:  713.222.1470
                 Facsimile: 713.222.1475
                 eingle@munsch.com
                   **-AND-**
                 **Jenniffer Cabrera** (*pro hac vice forthcoming*)
                 J. Cabrera Law, P.A.
                 1825 NW Corporate Blvd, Ste. 110
                 Boca Raton, Florida 33431
                 Telephone: 561-834-0883
                 jc@jcabreralaw.com

                 ***Counsel for Defendant Fast Response***
                 ***Heating & Cooling, LLC.***

2

**OF COUNSEL:**

**MADDISON CRAIG**
**MUNSCH HARDT KOPF & HARR, P.C.**
Texas Bar No. 24137348
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
Phone: (214) 855-7570
Fax: (214) 855-7584
mcraig@munsch.com

## <u>CERTIFICATION</u>

I hereby certify that on July 1, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

*/s/ Earl L. Ingle*
Earl L. Ingle

3