**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **CATHERINE SPOON,** on behalf of herself and others similarly situated**,** *Plaintiff,* **v.** **FAST RESPONSE HEATING & COOLING, LLC** *Defendant*. | **CIVIL ACTION NO. 3:26-cv-01852-N** |

## ORDER

On this day, the Court considered Defendant Fast Response Heating & Cooling LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff Catherine Spoon's Complaint (ECF No. __) (the "**Motion**"). Having considered the Motion and the applicable law, the Court finds that the Motion should be **GRANTED**.

IT IS THEREFORE ORDERED that the deadline for Defendant to file an Answer or otherwise respond is hereby extended from July 1, 2026, to July 31, 2026.

SO ORDERED on this _____ day of _____ 2026.

_____
HONORABLE JUDGE ED KINKEADE
UNITED STATES DISTRICT JUDGE