**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**CATHERINE SPOON,** on behalf of herself
and others similarly situated,
    *Plaintiff*,

  v.
                                           **Case No. 3:26-cv-01852-N**

**FAST RESPONSE HEATING & COOLING,**
**LLC,**

    *Defendant*.

_____/

### DEFENDANT FAST RESPONSE HEATING & COOLING, LLC'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF CATHERINE SPOON'S COMPLAINT

Defendant Fast Response Heating & Cooling LLC ("Fast Response" or "Defendant"), through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests this Court to enter an Order granting Fast Response a brief extension of time to answer or otherwise respond to Plaintiff Catherine Spoon's ("Plaintiff") Complaint by August 17, 2026. In support of this Motion, Fast Response states as follows:

1. Fast Response's deadline to respond to Plaintiff's Complaint is currently July 31, 2026.

2. Counsel for Fast Response has had insufficient time to conduct a reasonable investigation of the factual allegations, gather and review pertinent documents, and prepare a responsive pleading consistent with counsel's obligations under the applicable rules. Additional time will allow Fast Response to continue its investigation in order to prepare a responsive pleading.

3. Fast Response has also discussed the prospect of prompt resolution for this matter with opposing counsel, rather than enter into protracted litigation related to the underlying facts

of this case.

4.      This is Fast Response's second unopposed request for an extension of time in this matter.

5.      Fast Response respectfully submits that good cause exists to support an extension to respond to the allegations in Plaintiff's Complaint and the additional time will not interfere with any scheduled deadlines, as this matter is still in its infancy.

6.      Fast Response also submits that good cause exists for granting its requested extension in that such extension will not prejudice or disrupt Plaintiff's ability to pursue this suit.

7.      Fast Response's counsel has conferred with Plaintiff's counsel regarding the relief requested herein. Plaintiff is not opposed to the extension.

**WHEREFORE**, for all of these reasons, Defendant Fast Response respectfully requests the Court to grant this Second Unopposed Motion for Extension of time to Answer or Otherwise Respond to Plaintiff's Complaint, extend Fast Response's deadline to answer or otherwise respond to the Complaint by August 17, 2026, and for such other relief to which Defendant may be entitled.

Dated: July 28, 2026                              Respectfully submitted,

                                                  **MUNSCH HARDT KOPF & HARR, P.C.**

                                                  By: */s/ Earl L. Ingle*
                                                       **Earl L. Ingle**
                                                       Texas Bar No. 24097234
                                                       700 Milam Street, Suite 800
                                                       Houston, Texas 77002
                                                       Telephone: 713.222.1470
                                                       Facsimile: 713.222.1475
                                                       eingle@munsch.com

                                                       **-AND-**

2

4901-3883-2322v.1

**Jenniffer Cabrera** (*pro hac vice forthcoming*)
J. Cabrera Law, P.A.
1825 NW Corporate Blvd, Ste. 110
Boca Raton, Florida 33431
Telephone: 561-834-0883
jc@jcabreralaw.com
***Counsel for Defendant Fast Response Heating & Cooling, LLC***

**OF COUNSEL:**

**MADDISON CRAIG**
**MUNSCH HARDT KOPF & HARR, P.C.**
Texas Bar No. 24137348
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
Phone: (214) 855-7570
Fax: (214) 855-7584
mcraig@munsch.com

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Defendant certifies that, prior to filing the foregoing Motion, counsel for Defendant conferred with counsel for Plaintiff regarding the relief requested herein. Counsel for Plaintiff has advised that Plaintiff is unopposed to the requested extension of time. Accordingly, this Motion is filed as an unopposed motion.

*/s/ Earl L. Ingle*
Earl L. Ingle

## CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned counsel for the Defendant certifies the foregoing document has been filed with the Court and served upon all known counsel of record via the Court's electronic case filing system on July 28, 2026.

*/s/ Earl L. Ingle*
Earl L. Ingle

3

4901-3883-2322v.1