**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**CATHERINE SPOON,** on behalf of herself
and others similarly situated,

*Plaintiff*,

v.

**Case No. 3:26-cv-01852-N**

**FAST RESPONSE HEATING & COOLING, LLC,**

*Defendant*.

______________________________________/

**ORDER**

On this day came on to be considered Defendant Fast Response Heating & Cooling, LLC's Motion to Dismiss Plaintiff Catherine Spoon's Class Action Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6). The Court having reviewed the Motion, and any responses is of the opinion that the Motion is meritorious and should be granted. Therefore,

IT IS ORDERED, ADJUDGED, AND DECREED, that this lawsuit is dismissed.

SIGNED ______________________, 2026.

______________________________________
JUDGE PRESIDING



4938-2298-3624v.1