# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CATHERINE SPOON
Plaintiff

v.

3:26-CV-1852-K
Civil Action No.

FAST RESPONSE HEATING & COOLING, I
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

FAST RESPONSE HEATING & COOLING, LLC.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

NONE.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Munsch Hardt Kopf and Harr, P.C.
J. Cabrera Law, P.A.
Fast Response Heating & Cooling, LLC.
Robert Dunigan

| | |
|---|---|
| Date: | 8/25/26 |
| Signature: | |
| Print Name: | Earl L. Ingle |
| Bar Number: | 24097234 |
| Address: | 700 Milam Street, Suite 800 |
| City, State, Zip: | Houston, Texas 77002 |
| Telephone: | 713.222.4075 |
| Fax: | 713.222.1470 |
| E-Mail: | eingle@munsch.com |

**OF COUNSEL:**

**MUNSCH HARDT KOPF & HARR, P.C.**

*/s/ Maddison Craig*
MADDISON CRAIG
Texas Bar No. 24137348
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
Phone: (214) 855-7570
Fax: (214) 855-7584
mcraig@munsch.com

-and-

Jenniffer Cabrera *(pro hac vice)*
J. Cabrera Law, P.A.
1825 NW Corporate Blvd, Suite 110
Boca Raton, Florida 33431
Phone: (561) 834-0883
jc@jcabreralaw.com

***Counsel for Defendant Fast Response Heating & Cooling, LLC***

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.