**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**CATHERINE SPOON,** on behalf of herself and others similarly situated,
*Plaintiff*,
v.

**FAST RESPONSE HEATING & COOLING, LLC,**
*Defendant*.
______________________________________/

**Case No. 3:26-cv-01852-N**

# ORDER

On this day came on to be considered Defendant Fast Response Heating & Cooling, LLC's Motion to Dismiss Plaintiff Catherine Spoon's First Amended Class Action Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6). The Court having reviewed the Motion, and any responses is of the opinion that the Motion is meritorious and should be granted. Therefore,

IT IS ORDERED, ADJUDGED, AND DECREED, that this lawsuit is dismissed.

SIGNED ____________________, 2026.

______________________________
JUDGE PRESIDING



4927-0908-5132v.1