IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CATHERINE SPOON, on behalf of herself and others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil No. 3:26-CV-1852-K |
| v. | § | |
| | § | |
| FAST RESPONSE HEATING & COOLING, LLC, | § | |
| | § | |
| Defendant. | § | |

## CLASS CERTIFICATION SCHEDULING ORDER

Having considered the parties' Joint Report filed September 24, 2026, the Court finds that the following order should be entered pursuant to Federal Rules of Civil Procedure 16(b) and the Local Civil Rules of this Court to govern the schedule of this case for disposition and, if disposition by trial is needed, to expedite the trial. Unless otherwise ordered or specified herein, all limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Northern District of Texas must be observed.

1. Any party seeking an extension of a deadline set forth in this Class Certification Scheduling Order must file a formal written motion and shall make the required showing for such relief. Any request for an extension of a deadline herein shall not affect another deadline.

2. Pursuant to Local Civil Rule 16.3(a), the parties shall enter into settlement negotiations as early as possible. The parties are ordered to formally mediate this matter **by January 29, 2027**, and to file a joint mediation report describing the status of settlement negotiations **by February 5, 2027**. The parties' obligation to file a mediation report is separate from any reporting requirements of the mediator.

3. **<u>By October 29, 2026</u>**, the parties shall submit a joint designation of mediator that names an agreed-to mediator. If the parties state that they cannot agree upon a mediator, the Court will appoint one.

4. Proposed orders must be submitted with EVERY motion. The proposed order must also be emailed to Kinkeade_Orders@txnd.uscourts.gov and must be in Word format. The sender is required to include the case number and the document number of the referenced motion in the subject line of the email and opposing counsel must be copied.

5. All motions requesting leave to join parties or to amend pleadings shall be filed **<u>by December 15, 2026</u>**.

6. Plaintiffs and defendant shall file a written designation of the name and address of each expert witness <u>for purposes of Class Certification</u> and shall otherwise comply with Federal Rule of Civil Procedure 26(a)(2) **<u>by March 1, 2027</u>**.

   If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B), the disclosure required under Rule 26(a)(2) shall be made within 30 days after the disclosure made by the other party.

7. All discovery <u>regarding Class Certification</u>, including discovery concerning Class Certification expert witnesses, shall be completed **<u>by June 16, 2027</u>**.

8. Plaintiffs shall file their **Motion for Class Certification <u>by July 16, 2027</u>**. **Responses shall be filed <u>by August 13, 2027,</u>** and **Replies shall be filed <u>by August 27, 2027.</u>** The motion must comply with Local Civil Rule 23.2(a)–(e),(g). The motion must be accompanied by a supporting brief and all supporting evidence, including any expert testimony, and must otherwise comply with Local Civil Rule 7.2.

9. All motions challenging or seeking to disqualify class certification expert witnesses (e.g., *Daubert* motions) must be filed **<u>by July 16, 2027</u>**.

10. Judge's Courtesy Copy of Documents Filed by Electronic Means:
    In civil cases, Judge Kinkeade requires parties to provide a hard copy of all dispositive motions, responses, replies and appendices thereto, and any filing totaling more than 25 pages in length. **<u>Copies must be printed on front side only, not front-back.</u>** Courtesy copies must be delivered to the Clerk's office

within three (3) business days of the filing date. Furthermore, all hard copies must be properly bound either by sufficiently affixed staple, ACCO fastener, spiral binding, or, for a voluminous document, a 3-ring binder. Any document fastened by paper clips, binder clips, rubber bands, or any other unbound means are unacceptable. Exhibits must be tabbed and must be in **PORTRAIT FORMAT**, not landscape format.

11. **Local Counsel must sign ALL documents filed in this case pursuant to Fed. R. Civ. P. 11, and also comply with Local Rule 83.10(b). The Court will UNFILE any document that does not include local counsel's signature.**

12. **Upon making an appearance in a case, Judge Kinkeade requires every attorney (not just lead attorneys) to provide their cell phone numbers where they can be reached at any time. This information is to be filed "Under Seal" entitled "Attorney Contact Information". If not already filed with the Court, any attorneys shall file the required document within 14 days from the date of this order.**

13. Should any party or counsel fail to cooperate in accomplishing anything required by this order, such party or counsel or both may be subject to sanctions, including dismissal or entry of default without further notice.

14. There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is, therefore, instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. **Nothing in this Order shall be considered a dismissal or disposition of this case.**

15. After ruling on the issue of class certification, the Court will reopen this case and enter a separate order requiring the parties to file a Report Regarding Contents of Scheduling Order to address the deadlines for the remainder of this case.

**SO ORDERED.**

Signed September 29th, 2026.

Ed Kinkeade

ED KINKEADE
UNITED STATES DISTRICT JUDGE