**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| CATHERINE SPOON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAST RESPONSE HEATING & COOLING, LLC<br><br>Defendant. | No. 3:26-cv-01852 |

**JOINT DESIGNATION OF MEDIATOR**

Pursuant to the Court's September 29, 2026 Class Certification Scheduling Order (ECF No. 25), Plaintiff Catherine Spoon and Defendant Fast Response Heating & Cooling, LLC (collectively, the "Parties"), by and through their undersigned counsel, jointly notify the Court that they have agreed to designate Aaron S. Weiss of Carlton Fields to serve as mediator in this action.

The Parties intend to coordinate with Mr. Weiss to schedule and complete mediation on or before January 29, 2027, consistent with the Court's Scheduling Order.

The Parties will file their joint mediation report on or before February 5, 2027, as required by the Court.

RESPECTFULLY SUBMITTED AND DATED this 30th day of October, 2026.

*/s/ Anthony Paronich*
Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*/s/ Sharon K. Campbell*
Sharon K. Campbell State Bar # 03717600
6220 Campbell Rd, Suite 300
Dallas, Texas 75248
Telephone: 214-351-3260
Sharon@SharonKCampbell.com
***Attorneys for Plaintiff***

-and-

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Earl L. Ingle*
**Earl L. Ingle**
Texas Bar No. 24097234
700 Milam Street, Suite 800
Houston, Texas 77002
Telephone: 713.222.1470
Facsimile: 713.222.1475
eingle@munsch.com

-and-

**Jenniffer Cabrera** (*pro hac vice forthcoming*)
J. Cabrera Law, P.A.
1825 NW Corporate Blvd, Ste. 110
Boca Raton, Florida 33431
Telephone: 561-834-0883
jc@jcabreralaw.com

**OF COUNSEL:**

**MADDISON CRAIG**
**MUNSCH HARDT KOPF & HARR, P.C.**
Texas Bar No. 24137348
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
Phone: (214) 855-7570
Fax: (214) 855-7584
mcraig@munsch.com
***Attorneys for Defendant Fast Response Heating & Cooling, LLC***

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned counsel for the Defendant certifies the foregoing document has been filed with the Court and served upon all known counsel of record via the Court's electronic case filing system on October 30, 2026.

*/s/ Earl L. Ingle*
Earl L. Ingle